In the Matter of the Probate of the Last Will and Testament, and Codicil Thereto, of JOHN W. CARPENTER, Deceased. LEWIS E. CARPENTER and RUSSEL C. CARPENTER, as Executors, etc., of JOHN W. CARPENTER, Deceased, Respondents; OLIVER LEROY CARPENTER and JAY L. SMITH, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of East 45th Street from Cortelyou Road to Glenwood Road, etc., in the Borough of Brooklyn, The City of New York. MASON & HANGER COMPANY, INC., Appellant; THE CITY OF NEW YORK and J. P. DUFFY COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of THOMAS B. CULLEN, an Attorney and Counselor at Law, Respondent.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. The finding of the learned official referee that respondent indorsed his client's name to a check to her order without authority and converted the proceeds thereof was warranted by the proof. That respondent later paid the maker of the check the amount thereof did not mitigate his wrongful acts. There was also justification for the determination that in one instance respondent willfully neglected a client's interests to the client's financial loss. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of ROSE HOSSAN, as Executrix, etc., of WILLIAM N. HOSSAN, etc., Deceased, Respondent, for a Discovery of Certain Property Belonging to WILLIAM N. HOSSAN, etc., Deceased. GODFREY N. HOSSAN and MARGARET HOSSAN, Appellants. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Application of CHARLES W. NEILL for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.